UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER SEDLAK,  : | |
|     Petitioner,  : | |
| : | PRISONER |
| v.  : | CASE NO. 3:15cv635 (MPS) |
| : | |
| WARDEN QUAY,  : | |
|     Respondent.  : | |

RULING ON PETITIONER'S MOTIONS [Docs. ##11, 12]

Petitioner, Roger Sedlak, currently confined at the Federal Correctional Institution in Danbury, Connecticut, filed this habeas corpus action under 28 U.S.C. § 2241 challenging his federal sentence. On May 21, 2015, the Court dismissed the petition. On June 8, 2015, petitioner filed a notice of appeal. Four days later, petitioner filed expedited motions seeking an order to show cause and a preliminary injunction permitting him to marry. The Second Circuit issued its mandate dismissing the appeal on August 14, 2015.

A party seeking preliminary injunctive relief "must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint." *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994). This lawsuit is a habeas corpus action in which petitioner challenges his sentence. In his motion, he seeks injunctive relief on a claim that denying him the right to marry violated his First Amendment rights. This relief is unrelated to the issues in the petition and is more appropriately pursued in a civil rights action.

The petitioner's expedited motions for an order to show cause [**Doc. #11**] and preliminary

injunction [**Doc. #12**] are **DENIED**.

      **SO ORDERED** this 18th day of August 2015, at Hartford, Connecticut.

                                                _/s/_____
                                                Michael P. Shea
                                                United States District Judge